## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 22-00030-JB |
| KELVIN M. ROBINSON | : |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 21) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One of the Indictment, Possession of a Firearm by a Prohibited Person, 18 U.S.C. 922(g)(1), is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **October 17, 2022, at 10:00 a.m**.

**DONE and ORDERED** this 22nd day of July 2022.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE